I.D. 06280752                                                                                File No. 3900-065

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 09-cv-662 |
| ) | |
| MARK DELIA, individually and ) | Judge Conlon |
| d/b/a RIVER-LITES, LTD., d/b/a COZMO'S ) | |
| and RIVER-LITES, LTD., d/b/a COZMO'S, ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR JUDGMENT

    **THIS CAUSE** coming to be heard on JOE HAND PROMOTIONS, INC.'s Motion For Default, all parties having notice and the Court being fully advised in the premises:

    **IT IS HEREBY ORDERED** that Plaintiff's Motion is granted.

    **IT IS FURTHER ORDERED** that Judgement is entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, MARK DELIA, individually, and d/b/a RIVER-LITES, LTD. d/b/a COZMO'S, and RIVER-LITES, LTD. d/b/a COZMO'S, in the amount of Sixteen Thousand and 00/100 ($16,000.00) plus fees and costs in the amount of One Thousand Seven Hundred Ninety Five and 00/100 ($1,795.00) for a total judgment in the amount of Seventeen Thousand Seven Hundred Ninety Five and 00/100 ($17,795.00).

ENTER: *Suzanne B. Conlon*
Judge
Date: 3/17/2011

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street, Suite 501
Chicago, Illinois 60654
(312) 245-0031